JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GRANT NIKOGOSYAN, | ) | NO. 2:26-cv-02355-VBF-KS |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CYNTHIA ARMANT et al., | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that the Petition is DENIED AS MOOT and the case is DISMISSED.

Date:  June 4, 2026

_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE